379 A.2d 613

Commonwealth v. Tomko, Appellant.

Argued April 12, 1977. Ronald C. Makoski, with him Bertani, Myers & Makoski, for appellant; Jack R. Zerby, Assistant District Attorney, with him Phillip L. Wein, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

VAN der VOORT, J., did not participate in the consideration or decision of this case.